

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 8 2018

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:18-CV-307- JM-JJV

I. **Parties**

In item A below, place your **full** name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Amber Vaughn
      ADC # _____

      Address: 5800 Law Drive Harrison, AR 72601

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____       This case assigned to District Judge Moody
      ADC # _____                     and to Magistrate Judge Volpe

      Address: _____

In item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Jason Day
      Position: Jail Administrator
      Place of employment: Boone County Detention Center
      Address: 5800 Law Drive Harrison, AR 72601
      Name of defendant: Boone County Detention Center
      Position: County jail
      Place of employment: N/A

Address: _5806 Law Dr Harrison, AR 72601_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☑    official capacity only
☐    personal capacity only
☐    both official and personal capacity

III.    Previous lawsuits

A    Have you begun other lawsuits in state or federal court dealing with the same    facts involved in this action?

Yes ___    No ✔

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐    Court (if federal court, name the district; if state court, name the county):

     ☐    Docket Number: _____

     ☐    Name of judge to whom case was assigned: _____

     ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

     ☐    Approximate date of filing lawsuit: _____

     ☐    Approximate date of disposition: _____

IV.    Place of present confinement: *Boone County Detention Center*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    __✓__    in jail and still awaiting trial on pending criminal charges

    _____    serving a sentence as a result of a judgment of conviction

    _____    in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__ No ____ *Unanswered*

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __✓__ No __✓__ *Grievances have went unanswered. Have wrote three thus far, and waited more than ten days, with no answer on the first*

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

(4-13-18) The jail charges $0.10 for sanitary pads. I am being refussed pads while on my period because I do not have money on my books. This is demoralizing and in humane. No woman should be made to bleed on themselves like this. Officer Honeyman informed me that she was told she couldn't give me any because I had no money on my account

(4-16-18) The sheriff is now saying I can have them, now that this cycle is over, but I still had to go the last severa/ (3) days without and bleed on myself, which was humiliating and degrading

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

monentary damages due to the extreem humillation and a. reversal of this policy within the jail. Pads are a necessity

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 13th day of April , 20 18 .

Amber Vaughn

_____
Signature(s) of plaintiff(s)

Revised 05/02/05

**Boone County Detention Center**
**Inmate Grievance Form**

Inmate Name: Amber Vaughn          POD: A2     Cell #: 3
Date: 4-13-18
Directed To:

_____ Booking

_____ Jason Day (Jail Administrator)

_✓_ Other (Identify Other Person) Michael Moore

Briefly state your grievance. NO GROUP GRIEVANCES WILL BE ACCEPTED!

I am being refused pads because I don't have money on my books. This is inhumane + demoralizing. I can't stop the bleeding. Pads are a necessity. How can we be refused them? I will be here at least two or more cycles. Surely I am not expected to just bleed on myself for a week at a time for the next three months.

Signature of Inmate writing Grievance: Amber Vaughn

Signature of Receiving Officer: Fowler          Date/Time: 4-13-18 2330

Response:

we provide feminine hygiene products

I will make sure this is resolved.

Signature of Responding Officer: Sniff          Date/Time 4-16-18

If you would like to appeal the response; you may do so by returning this form with the back section completed. The Appeal will be decided by Jason Day (Jail Administrator).

wrote on the 13th, answered on the 16th. Went without from the 11th a 12th, until the 15th. Had to bleed on myself for three days,